| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | Charles<br>First Name | H<br>Middle Name | Gatewood<br>Last Name |
| Debtor 2<br>(Spouse, if filing) | Barbra<br>First Name | J<br>Middle Name | Gatewood<br>Last Name |
| United States Bankruptcy Court for the: SOUTHERN DIST. OF MISSISSIPPI | | | |
| Case number<br>(if known) | | | |

☒ Check if this is an amended filing

Official Form 106C

## Schedule C: The Property You Claim as Exempt                                04/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

### Part 1:   Identify the Property You Claim as Exempt

1. Which set of exemptions are you claiming? *Check one only, even if your spouse is filing with you.*

   ☒ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)
   ☐ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>Check only one box for each exemption | Specific laws that allow exemption |
|---|---|---|---|
| Brief description:<br>**Homestead & 5 acres**<br>Homestead-Current Value is derived from purchase price, appraisal, internet, tax assessor value, age, condition and repairs needed, cost of comparable properties, prevailing market and availability.<br>Line from *Schedule A/B*: 1.1 | $30,000.00 | ☒ $15,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Miss. Code Ann. § 85-3-21 |
| Brief description:<br>**6.8 of 34 acres**<br>Debtor has 1/5th ownership (6.8 acres) @ value of $1,000 per acre<br>Line from *Schedule A/B*: 1.2 | ~~$6,800.00~~ | ☒ ~~$6,800.00~~<br>☐ 100% of fair market value, up to any applicable statutory limit | ~~Miss. Code Ann. § 85-3-21~~<br><br>**NOT EXEMPT** |

3. Are you claiming a homestead exemption of more than $160,375?
   (Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☒ No
   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
      ☐ No
      ☐ Yes

Official Form 106C              Schedule C: The Property You Claim as Exempt              page 1

Debtor 1  **Charles H Gatewood**
Debtor 2  **Barbra J Gatewood**                                              Case number (if known) _____

## Part 2: Additional Page

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own (Copy the value from Schedule A/B) | Amount of the exemption you claim (Check only one box for each exemption) | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: **2004 Ford F150 (approx. 134,000 miles)** <br> Line from Schedule A/B: __3.1__ | $4,675.00 | ☑ $4,675.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Miss. Code Ann. § 85-3-1(a)** |
| Brief description: **2004 Ford F150 (approx. 175,001 miles)** <br> Line from Schedule A/B: __3.2__ | $4,100.00 | ☑ $4,100.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Miss. Code Ann. § 85-3-1(a)** |
| Brief description: **2003 Pontiac GrandAm (approx. 360,000 miles);** <br> Line from Schedule A/B: __3.3__ | $945.00 | ☑ $945.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Miss. Code Ann. § 85-3-1(a)** |
| Brief description: **2006 Pontiac G6 (approx. 209,000 miles); Debtor's son's vehicle - son pays for all expenses assoc with this vehicle.** <br> Line from Schedule A/B: __3.4__ | $1,275.00 | ☑ $675.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Miss. Code Ann. § 85-3-1(a)** |
| Brief description: **Household goods- value is FMV derived from debtor's determination of age, style, used condition, remaining service, cost of comparable items, prevailing market and availability of secondhand shops.** <br> Line from Schedule A/B: __6__ | $1,000.00 | ☑ $1,000.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Miss. Code Ann. § 85-3-1(a)** |
| Brief description: **Furniture - PMSI** <br> Line from Schedule A/B: __6__ | $1,000.00 | ☑ $0.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Miss. Code Ann. § 85-3-1(a)** |
| Brief description: **TV & Radio, <$200 in value each** <br> Line from Schedule A/B: __7__ | $400.00 | ☑ $400.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Miss. Code Ann. § 85-3-1(a)** |
| Brief description: **Clothing-value is FMV derived from debtor's determination of age, style, condition, remaining usefulness, cost of comparable secondhand items, prevailing market and availability of thrift or consignment shops.** <br> Line from Schedule A/B: __11__ | $300.00 | ☑ $300.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Miss. Code Ann. § 85-3-1(a)** |

Official Form 106C          Schedule C: The Property You Claim as Exempt                    page 2

Debtor 1    **Charles H Gatewood**
Debtor 2    **Barbra J Gatewood**                                      Case number (if known) _____

## Part 2: Additional Page

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>Check only one box for each exemption | Specific laws that allow exemption |
|---|---|---|---|
| Brief description:<br>**Furs/Jewelry -Value is FMV derived from debtor's determination of style, fashion, weight, prevailing market and availability and cost of comparable secondhand items at pawnshops and other resellers.**<br>Line from *Schedule A/B*: __12__ | $200.00 | ☑ $200.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Miss. Code Ann. § 85-3-1(a) |
| Brief description:<br>**Pets - dog**<br>Line from *Schedule A/B*: __13__ | $30.00 | ☑ $30.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Miss. Code Ann. § 85-3-1(a) |
| Brief description:<br>**401K or similar plan - debtor(s) claims FMV**<br>Line from *Schedule A/B*: __21__ | $12,000.00 | ☑ $12,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(n) |
| Brief description:<br>**PERS - Debtor claims FMV**<br>Line from *Schedule A/B*: __21__ | $2,000.00 | ☑ $2,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Miss. Code Ann. § 25-13-31 |
| Brief description:<br>**Federal Tax ($5,000 for Single)**<br>Line from *Schedule A/B*: __28__ | $5,000.00 | ☑ $5,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Miss. Code Ann. § 85-3-1(j) |
| Brief description:<br>**State tax ($5,000 for Single)**<br>Line from *Schedule A/B*: __28__ | $5,000.00 | ☑ $5,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Miss. Code Ann. § 85-3-1(k) |
| Brief description:<br>**Earned Income ($5,000 for Single)**<br>Line from *Schedule A/B*: __28__ | $5,000.00 | ☑ $5,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Miss. Code Ann. § 85-3-1(i) |

Official Form 106C        Schedule C: The Property You Claim as Exempt        page 3